IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRIN LEE PACHECO,

      Petitioner,                    No. CIV S-11-2997 MCE GGH P

    vs.

FRANK CHAVEZ,

      Respondent.                  ORDER

_____/

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time. Petitioner presents several rather straightforward claims that are presented with his writ of habeas corpus to the California Supreme Court that was drafted by his prior counsel. The claims are properly drafted and presented.

\\\\

\\\\

1  Accordingly, IT IS HEREBY ORDERED that petitioner's November 30, 2011
2  request for appointment of counsel (Docket No. 10) is denied without prejudice to a renewal of
3  the motion at a later stage of the proceedings.
4  DATED: December 13, 2011

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:md; pach2997.110